JOEL TRIPLETT v. JOHN P. FOSTER et al.

*Practice—Motion to Docket and Dismiss Appeal.*

A motion to docket and dismiss an appeal made at the first term after the trial below, but after the call of the docket of the district to which the case belongs, will not be entertained when the appellant brings up and dockets his transcript at that term.

*Messrs. Cranor & Buxton*, for appellee.

CLARK, J.: This is a motion to docket and dismiss under Rule 17. This motion was not made at the close of the call of the docket of the district to which it belongs, but since.

And now, during the same term, being the first term of this Court after the trial below, the appellant has brought up the transcript of the appeal and docketed the same.    This brings the case directly under *Bryan* v. *Moring*, 99 N. C., 16, as explained in *Bailey* v. *Brown*, 105 N. C., 127, on p. 130.

If, notwithstanding his failure to docket in time for argument at this term, the appellant thus obtains a delay of six months, the appellee himself has been negligent in not moving to docket and dismiss at the close of the call of causes from that district, as he might have done.    *Vigilant-ibus, non dormientibus leges subveniunt.*

Motion Denied.